AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A black, LG cellular telephone, assigned telephone number (474) 300-7057

Case No. 3:18cr183 (JCH)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A black, LG cellular telephone assigned telephone number (475) 300-7057, seized on or about August 16, 2018, from 195 Farren Avenue, 1st Floor, New Haven, CT, the residence of Quentin Staggers, and now in DEA custody in New Haven.

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of drug trafficking, particulary trafficking in synthetic cannabinoids, and conspiracy to do the same, in violation of Title 21 U.S.C. 841 and 846, as detailed in Attachment A, which is expressly incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Possession with the intent to distribute, and distribution of, a controlled substances, to wit synthetic cannabinoids, and conspiracy to do the same. |

The application is based on these facts:
See Affidavit of DEA TFO Allyn Wright, incorporated by reference herein

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*not requested* /s/

_____
Applicant's signature

Allyn Wright, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/31/2018__

_/s/ Sarah A. L. Merriam, USMJ_
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A.L. Merriam, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
(ITEMS TO BE SEIZED)

With respect to the Subject Cellphone, a black LG cellphone assigned telephone number (475) 300-7057, the items to be seized are as follows:

1. All records on the Subject Cellphone, which presently is in the custody of the DEA, relating to violations of 21 U.S.C. §§ 841(a)(1) and 846, and information relevant to criminal forfeiture pursuant to Title 21, United States Code, Section 853, and Title 21 United States Code, Section 841, including but not limited to the following:

   a. the telephone number, ESN number, serial number, and SIM card number of said device;

   b. the numbers, digits, stored messages (voice and/or text), letters, symbols, data, information and images stored in the memory of said device, which may include the following;

   (1) lists of customers, sources and/or co-conspirators, and related identifying information, such as photographs and entries regarding their phone numbers, nicknames, addresses, and locations;

   (2) types, amounts and prices of narcotics involved in transactions, as well as dates, places, photos and amounts of specific transactions and/or attempted transactions;

   (3) communications, including call log activities, instant messaging activities and/or or text messages, exchanged in the furtherance of or related to drug trafficking activity;

   (4) information regarding members of STAGGERS' distribution operation and/or his associates' schedules or travel;

   (5) bank records, checks, credit card bills, account information and other financial records relating to STAGGERS, unexplained wealth and narcotics trafficking activities; and

   (6) photographs, video recordings and other formats utilized to capture digital images relating to drug trafficking activity.

    c.    descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to, the above-described crimes;

    d.    any and all records, however created or stored, which tend to demonstrate ownership and use of the device, and identification bearing the name or photograph of any person, telephone-books, address books, date books, calendars, personal files, and photographs of persons contained in the device;

    e.    any and all evidence showing or tending to show the identity of the maker or user of the data and information contained in the device, such as passwords, sign-on codes, and program design;

    f.    GPS coordinates, waypoints, destinations, location data, addresses, and location search parameters associated with GPS navigation software;

    g.    saved searches, locations, and route history in the memory of said devices;

    h.    internet browsing history, to include, internet searches in the memory of said device; and

    i.    images and videos in the memory of said device.

2.    Evidence of user attribution showing who used or owned the Subject Cellphone at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3.    As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

4.    It is specifically authorized that stored electronic information, data, information and images contained in the above-described device may be reproduced by printing said stored electronic information or otherwise reproducing said stored electronic information, by converting

said stored electronic information, or by copying said stored electronic information into storage in another device.

5. To the extent that the Subject Cellphone contains removable storage media and/or other devices, examination of such removable media and/or devices is specifically authorized for the same evidence as described in this attachment.

6. It is specifically authorized that the warrant will be deemed executed once the seized items are extracted from the Subject Cellphone and that further analysis of the seized items extracted from the phone is permitted at any time thereafter.